1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
       Attorney for Plaintiff
4

5
                    UNITED STATES DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7
                          FRESNO DIVISION
8

9
   Ponh Phannourath,            )    CASE NO. 1:10-cv-01597 AWI GSA
10         Plaintiff,           )
                                )
11      v.                      )
                                )
                                )    STIPULATION AND ORDER
12 Commissioner of Social Security )  FOR EXTENSION OF TIME TO SUBMIT
           Defendant.            )    PLAINTIFF'S CONFIDENTIAL BRIEF
13

14

15      IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a

16 first-time 30-day extension of time to submit a confidential brief. The current due date for

17 Plaintiff's Confidential Brief is February 18, 2011. The new due date will be March 21,

18 2011.  The scheduling order should be modified accordingly.

19 Dated: February 14, 2011          /s/ Sengthiene Bosavanh

20                                   SENGTHIENE BOSAVANH, ESQ.
                                     Attorney for Plaintiff
21
   Dated: February 14, 2011          BENJAMIN B. WAGNER
22                                   United States Attorney

23
                                     By: /s/ Leslie Alexander
24                                   (as authorized via e-mail)
                                     LESLIE ALEXANDER
25                                   Special Assistant United States Attorney

26 //

27 //

28 //

**ORDER**

Pursuant to the Stipulation of the parties, Plaintiff shall have through and including March 21, 2011, within which to submit a confidential letter brief.

IT IS SO ORDERED.

Dated:   **February 14, 2011**              /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE