BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PONH PHANNOURATH,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO.: C10-01597 GSA<br><br>STIPULATION AND **ORDER** FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until July 18, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter.

                                 Respectfully submitted,

Dated: June 16, 2011                */s/ Sengthiene Bosavanh*
                                        (as authorized via e-mail)
                                        SENGTHIENE BOSAVANH
                                        Attorney for Plaintiff

```
                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: June 16, 2011            By /s/ Elizabeth Barry
                                        ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant
```

**ORDER**

The stipulation regarding an extension of time within which Defendant may file an opposition to Plaintiff's opening brief, through and including July 18, 2011, is ADOPTED.

IT IS SO ORDERED.

**Dated:   June 17, 2011**               /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE