BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PONH PHANNOURATH,<br>          Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>          Defendant. | CASE NO.: **1:10-cv-01597 AWI GSA**<br><br>STIPULATION AND **ORDER**<br>FOR A SECOND EXTENSION FOR<br>DEFENDANT TO FILE NOTICE, MOTION,<br>AND MEMORANDUM IN SUPPORT OF<br>CROSS-MOTION FOR SUMMARY<br>JUDGMENT AND IN OPPOSITION TO<br>PLAINTIFF'S MOTION FOR SUMMARY<br>JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until August 17, 2011,[1] in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

//

//

//

---

[1] For purposes of clarity, the Court notes that the text of stipulation filed on the docket in this matter on July 14, 2011, reads "Defendant shall have a 30-day extension, or until *July 18*, 2011" (*see* Doc. 21 at 1 [emphasis added]), whereas the proposed order sent to the Court's mailbox - and executed by the undersigned - reflects the correct date of August 17, 2011.

Respectfully submitted,

Dated: July 14, 2011

*/s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: June 14, 2011        By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

The stipulation regarding an extension of time within which Defendant may file an opposition to Plaintiff's opening brief, through and including August 17, 2011, is ADOPTED.

IT IS SO ORDERED.

Dated:   **July 15, 2011**            /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE