UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PONH PHANNOURATHDOUA, ) | CASE NO.: 10-cv-1597 AWI GSA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER REGARDING STIPULATION |
| ) | FOR A THIRD EXTENSION OF TIME |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | (Doc. 21) |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until August 23, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's third request for an extension of time in this matter.

Respectfully submitted,

Dated: August 16, 2011          */s/ Sengthiene Bosavanh*
                                (as authorized via e-mail)
                                SENGTHIENE BOSAVANH
                                Attorney for Plaintiff


                                BENJAMIN WAGNER
                                United States Attorney

Dated: August 16, 2011     By */s/ Elizabeth Barry*
                                ELIZABETH BARRY
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

ORDER

Pursuant to the stipulation, Defendant shall file its opposition brief/motion for summary judgment no later than **August 23, 2011.** Defendant is advised that requests for further extensions will be looked upon with disfavor.

IT IS SO ORDERED.

Dated: **August 18, 2011**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE